Ernest E. Badway (EB-0105)
Colin R. Robinson (CR-8072)
George Tenreiro (GT-0622)
SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC
44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-2323
Attorneys for Plaintiff
Cyberlux Corporation



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE BATTS

| | |
|---|---|
| CYBERLUX CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> AJW PARTNERS, LLC, AJW OFFSHORE, LTD., AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC, <br><br> Defendants. | DOCKET NO.: 07 CIV 7808 <br><br> Civil Action <br><br> **RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Cyberlux Corporation, a Nevada corporation, certifies that it does not have a parent corporation and that no publicly held corporation other than Defendants owns 10% or more of its stock.

Dated: New York, New York
September 4, 2007

Respectfully submitted,

SAIBER SCHLESINGER SATZ
& GOLDSTEIN, LLC

By: _____
Ernest E. Badway
Colin R. Robinson
George Tenreiro
44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-2323

Attorneys for Plaintiff Cyberlux Corporation

{00496022.DOC}