**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X

CYBERLUX CORPORATION,
    Plaintiff(s),

-against-

AJW PARTNERS, LLC, AJW OFFSHORE,
LTD., et al.,
    Defendant(s).
-----------------------------------------------X

JUDGE BATTS
Index No. 07 CIV. 7808

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                          S.S.:
COUNTY OF NEW YORK)

NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 7th day of September 2007, at approximately 12:38 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT FOR DECLARATORY, INJUNCTIVE AND MONETARY RELIEF AND JURY TRIAL DEMAND** upon AJW Qualified Partners, LLC at 1044 Northern Blvd., Suite 302, Roslyn, NY 11576, by personally delivering and leaving the same with Daryl Dworkin, Senior Analyst, who informed deponent that he is an agent authorized by appointment to receive service at that address.

Daryl Dworkin is a white male, approximately 43 years of age, stands approximately 6 feet 0 inches tall and weighs approximately 300 pounds with balding brown hair and brown eyes.

_____
NELSON CARVAJAL #965441

Sworn to before me this
11th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com