Thomas J. Fleming (TF 4423)
Jack M. Kint, Jr. (JK 7947)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CYBERLUX CORPORATION, | Case No. 07-CV-7808 (DAB) |
| Plaintiff, | ECF CASE |
| -against- | NOTICE OF MOTION TO DISMISS COMPLAINT |
| AJW PARTNERS, LLC, AJW OFFSHORE, LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC, | |
| Defendants. | |

TO:    ERNEST E. BADWAY, ESQ.
        SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC
        44 Wall Street
        12th Floor
        New York, New York 10005
        Attorneys for Plaintiff

        PLEASE TAKE NOTICE that upon the annexed Declaration of Gary Post, dated

September 17, 2007, the Declaration of Corey Ribotsky, dated September 17, 2007, the exhibits

thereto, the Declaration of Thomas J. Fleming, dated September 21, 2007, the exhibits thereto,

the accompanying Memorandum of Law dated September 21, 2007, and upon all pleadings and

proceedings heretofore had herein, plaintiff will move this Court before the Honorable Deborah

A. Batts at the United States Courthouse, 500 Pearl Street, New York, New York on a date to be

set by the Court or agreed upon by counsel for an Order:

552842-2

1.      Pursuant to Rules 12(b)(6) and 8(b), Fed. R. Civ. P., dismissing the First and

Tenth Claims for Relief for lack of standing and for failure to state a claim upon which relief can

be granted; and

2.      Alternatively, dismissing the First Claim and, pursuant to Rule 12(c), Fed. R. Civ.

P., awarding judgment on the pleadings to defendants on the Tenth Claim for Relief; and

3.      Dismissing the remaining claims in the Complaint, pursuant to 28 U.S.C.

§ 1367(c)(3); and

4.      Granting such other and further and other relief as the Court deems just and

proper.

Dated: New, York, New York
        September 21, 2007

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP


By:   /s/ Thomas J. Fleming
        Thomas J. Fleming (TF-4423)
        Jack M. Kint, Jr. (JK-7947)
        *Attorneys for Defendants*
        Park Avenue Tower
        65 East 55th Street
        New York, New York 10022
        (212) 451-2300

2