UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYBERLUX CORPORATION,<br><br>                                 Plaintiffs,<br><br>              -against-<br><br>AJW PARTNERS, LLC, AJW OFFSHORE, LTD., AJW QUALIFIED PARTNERS, LLC and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,<br><br>                                 Defendant. | 07 Civ. 7808 (DAB)<br><br>DECLARATION |

GARY POST declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that:

1.    I submit this declaration to advise the Court of my residence and my ownership of a membership interest in New Millenium Capital Partners, LLC ("NMCP").

2.    I am a resident of Nevada, where I make my home. I reside in Zephyr Cove, Nevada. I have resided in Nevada since 2006. I have no plans to move, relocate or change my home to another State.

3.    I have been a member of NMCP since April 2000.

Dated: September 17, 2007

                                                                                  /s/ Gary Post<br>
                                                                                  GARY POST