# EXHIBIT D

```
<DOCUMENT>
<TYPE>10KSB
<SEQUENCE>1
<FILENAME>v016300.txt
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-KSB

|X|  ANNUAL REPORT UNDER SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

|_|  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended: December 31, 2004

Commission file number 000-33415

CYBERLUX CORPORATION
-------------------------------------------------------
(Exact name of registrant as specified in its charter)

Nevada                                             91-2048178
------                                             ----------
(State or other jurisdiction of                    (I.R.S. Employer
incorporation or organization)                     Identification No.)

4625 Creekstone Drive, Suite 100
Research Triangle Park
Durham, North Carolina                             27703
----------------------                             -----
(Address of principal executive offices)           (zip code)

Issuer's Telephone Number: (919) 474-9700

Securities registered under Section 12(b) of the Exchange Act:
None

Securities registered under Section 12(g) of the Exchange Act:
Common Stock, $.001 par value
(Title if Class)

Indicate by check mark whether the registrant (a) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (b) has been subject to such
filing requirements for the past 90 days. Yes |X| No |_|

Indicate by check mark if disclosure of delinquent filers pursuant to Item
405 of Regulation S-B is not contained herein, and will not be contained, to the
best of registrant's knowledge, in definitive proxy or information statements
incorporated by reference in Part III of this Form 10-KSB or any amendment to
this Form 10-KSB. [ ]

As of March 28, 2005 the aggregate market value of the registrant's Common
Stock held by non-affiliates of the registrant was approximately $1,329,055.85,
based upon the closing sales price on the Nasdaq Over-The-Counter Bulletin Board
for that date.

The number of shares of Common Stock, $0.001 par value, outstanding on
March 28, 2005, was 29,836,117 shares, held by approximately 220 stockholders.

The issuer's revenues for its most recent fiscal year ended December 31,
2004 were $23,803.

Transitional Small Business Disclosure Format (check one): Yes |_| No |X|

```
<PAGE>
```

CYBERLUX CORPORATION
ANNUAL REPORT ON FORM 10-KSB
For the Fiscal Year Ended December 31, 2004

TABLE OF CONTENTS

| | | |
|---|---:|---:|
| and 8,049,141 shares issued and outstanding as of December 31, 2004 and December 31, 2003 respectively | 23,770 | 8 |
| Additional paid-in capital | 9,099,302 | 2,337 |
| Subscriptions receivable | -- | (276 |
| Accumulated deficit | (10,847,683) | (4,021 |
| | ------------ | -------- |
| Deficiency in stockholders' equity | (1,723,810) | (1,952 |
| | ------------ | -------- |
| Total liabilities and (deficiency) in stockholders' | $    557,341 | $    321 |
| | ============ | ======== |

The accompanying notes are an integral part of these financial statements

F-4

<PAGE>

CYBERLUX CORPORATION
(A Development Stage Company)
STATEMENTS OF OPERATIONS

<TABLE>
<CAPTION>

| | For the Year Ended Dec. 31, 2004 | For the Year Ended Dec. 31, 2003 | For the Period May 17, 2000 (Inception) to December 31 2004 |
|---|---:|---:|---:|
| <S> | <C> | <C> | <C> |
| Revenue | $    23,803 | $    74,238 | $    98,041 |
| Cost of goods sold | (160,260) | (161,984) | (322,244) |
| | ------------ | ------------ | ------------ |
| Gross (loss) | (136,457) | (87,746) | (224,203) |
| Operating Expenses: | | | |
| Marketing and advertising | 109,651 | 20,820 | 257,519 |
| Depreciation and amortization | 47,686 | 246,598 | 386,086 |
| Organization costs | -- | | 25,473 |
| Research and development | 391,421 | | 635,485 |
| Management and consulting services - related party | 445,997 | 504,000 | 1,717,319 |
| General and administrative expenses | 3,103,689 | 497,384 | 3,992,767 |
| Total operating expenses | 4,098,444 | 1,268,802 | 7,014,649 |
| (Loss) from operations | (4,234,901) | (1,356,548) | (7,238,852) |
| Other income/(expense) | | | |
| Interest income | 282 | | 321 |
| Interest expense | (1,600,087) | (138,008) | (1,881,760) |
| Debt acquisition costs | (191,142) | | (191,142) |
| Net loss before preferred dividend | (6,025,848) | (1,494,556) | (9,311,433) |
| Preferred dividend - Beneficial conversion discount on convertible preferred | 800,000 | 736,250 | 1,536,250 |
| Net loss available to common stockholders | $ (6,825,848) | $ (2,230,806) | $(10,847,683) |
| Weighted average number of common shares outstanding, basic and fully diluted | 16,701,174 | 7,652,012 | |
| Net loss per share - Basic and fully diluted | $    (0.41) | $    (0.29) | |
| Preferred dividend | $    96,000 | | |

</TABLE>

The accompanying notes are an integral part of these financial statements