# EXHIBIT F

```
<DOCUMENT>
<TYPE>10KSB
<SEQUENCE>1
<FILENAME>v040791_10ksb.txt
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-KSB

[X] ANNUAL REPORT UNDER SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

[_] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended: December 31, 2005

Commission file number 000-33415

CYBERLUX CORPORATION
--------------------
(Exact name of registrant as specified in its charter)

NEVADA                                          91-2048178
------                                          ----------
(State or other jurisdiction of                 (I.R.S. Employer
incorporation or organization)                  Identification No.)

4625 CREEKSTONE DRIVE, SUITE 100
RESEARCH TRIANGLE PARK
DURHAM, NORTH CAROLINA                          27703
----------------------                          -----
(Address of principal executive offices)        (zip code)

Issuer's Telephone Number: (919) 474-9700

Securities registered under Section 12(b) of the Exchange Act:
None

Securities registered under Section 12(g) of the Exchange Act:
Common Stock, $.001 par value
(Title if Class)

Indicate by check mark whether the issuer (1) has filed all reports required to
be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during
the preceding 12 months (or for such shorter period that the registrant was
required to file such reports), and (2) has been subject to such filing
requirements for the past 90 days.

Yes [ x ] No [ ]

Indicate by check mark whether the registrant is a shell company (as defined in
Rule 12b-2 of the Exchange Act).

Yes [ ] No [ x ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405
of Regulation S-B is not contained herein, and will not be contained, to the
best of registrant's knowledge, in definitive proxy or information statements
incorporated by reference in Part III of this Form 10-KSB or any amendment to
Form 10-KSB.

Yes [ ] No [ x ] Delinquent filers are disclosed herein.

Total revenues for Fiscal Year 2005 were $54,523.

```
<PAGE>
```

The aggregate market value of the Common Stock held by non-affiliates (as
affiliates are defined in Rule 12b-2 of the Exchange Act) of the registrant,
computed by reference to the average of the high and low price on March 31,
2006, was $5,341,292.78.

As of March 31, 2006 there were 85,428,735 shares of issuer's common stock
outstanding.

Transitional Small Business Disclosure Format (check one): Yes ___ No X
---

```
<PAGE>
```

CYBERLUX CORPORATION
ANNUAL REPORT ON FORM 10-KSB

| | | |
|---|---|---|
| Notes payable (Note D) | 351,418 | |
| Derivative liability relating to convertible debentures (Note D) | 6,809,449 | |
| Warrant liability relating to convertible debentures (Note E) | 3,352,026 | ---- |
| Total long-term liabilities | 10,512,893 | ---- |
| Total liabilities | 12,862,786 | ---- |
| | | |
| Commitments and contingencies | | |
| Series A convertible preferred stock, $0.001 par value, 200 shares designated; 59.8606 and 151.8606 shares issued and outstanding as of December 31, 2005 and 2004, respectively (Note F) | 299,303 | ---- |
| DEFICIENCY IN STOCKHOLDERS' EQUITY (Note F) | | |
| Series B convertible preferred stock, $0.001 par value, 800,000 shares designated, 800,000 shares issued and outstanding as of December 31, 2005 and 2004 | 800 | |
| Common stock, $0.001 par value, 300,000,000 shares authorized, 75,608,334 and 23,770,233 shares issued and outstanding as of December 31, 2005 and 2004, respectively | 75,607 | |
| Additional paid-in capital | 6,382,570 | |
| Accumulated deficit | (18,691,941) | ---- |
| Deficiency in stockholders' equity | (12,232,964) | ---- |
| | $ 929,124 | $ ==== |

</TABLE>

The accompanying notes are an integral part of these financial statements

F-2

<PAGE>

CYBERLUX CORPORATION
STATEMENTS OF OPERATIONS

<TABLE>
<CAPTION>

| | Year ended December 2005 | |
|---|---|---|
| <S> | <C> | (As res<br><C> |
| REVENUES: | | |
| Net sales | $ 54,523 | $ |
| Cost of goods sold | (235,767) | ------- |
| Gross (loss) | (181,245) | ------- |
| | | |
| OPERATING EXPENSES: | | |
| Depreciation and amortization | 25,769 | |
| Impairment loss (Note A) | 30,544 | |
| Research and development | 499,618 | |
| General and administrative expenses | 2,355,830 | |
| Total operating expenses | 2,911,761 | ------- |
| | | |
| (LOSS) FROM OPERATIONS: | (3,093,006) | |
| | | |
| Other income (expense) | | |
| Unrealized gain (loss) relating to adjustment of derivative and warrant liability to fair value of underlying securities (Note D and E) | (4,485,654) | |
| Interest income | 349 | |
| Interest expense | (1,623,781) | |
| Debt acquisition costs | (208,565) | ------- |
| | | |
| Net income/(loss) before provision for income taxes and preferred dividend | (9,410,657) | |
| Preferred dividend-beneficial conversion discount on convertible preferred- | | |
| Income taxes (benefit) | -- | ------- |
| NET INCOME (LOSS) AVAILABLE TO COMMON STOCKHOLDERS | $ (9,410,657) | $ ======= |
| | | |
| Weighted average number of common shares outstanding, basic | 54,490,102 | |

| | |
|---|---|
| Weighted average number of common shares outstanding, fully diluted | 211,355,239 |
| Net income/(loss) per share - basic (Note J) | $ (0.17) $ |
| Net income/(loss) per share - fully diluted (Note J) | $ (0.17) $ |
| Preferred dividend | $ 96,000 $ |

</TABLE>

The accompanying notes are an integral part of these financial statements

F-3

<PAGE>

CYBERLUX CORPORATION
STATEMENT OF DEFICIENCY IN STOCKHOLDERS' EQUITY
FOR THE YEARS ENDED DECEMBER 31, 2005 AND 2004

<TABLE>
<CAPTION>

| | Series B Convertible Preferred | | Common Shares | Common Stock Amount | Additional Paid in Capital |
|---|---|---|---|---|---|
| | Shares | Stock Amount | | | |
| <S> | <C> | <C> | <C> | <C> | <C> |
| Balance as of January 1, 2004-As restated (Note N) | -- | $ -- | 8,049,141 | $ 8,049 | $ 1,174,096 |
| Preferred stock, Class B, issued in January, 2004 as compensation for management fees at $1.00 per share | 800,000 | 800 | -- | -- | 799,200 |
| Collected balance due from stock subscription | -- | -- | -- | -- | -- |
| Common stock issued in January, 2004 in exchange for services rendered at $0.37 per share | -- | -- | 2,585,000 | 2,585 | 953,865 |
| Common stock issued in January, 2004 for settlement of debt at $0.25 per share | -- | -- | 110,764 | 111 | 27,580 |
| Common stock issued in March, 2004 in exchange for services rendered at $0.21 per share | -- | -- | 1,200,000 | 1,200 | 250,800 |
| Common stock cancelled with return of collateral deposit with factor | -- | -- | (450,000) | (450) | (89,550) |
| Sale of common stock in May, 2004 at $0.10 per share | -- | -- | 5,310,000 | 5,310 | 525,690 |
| Common stock issued in May, 2004 for settlement of debt at $0.10 per share | -- | -- | 50,000 | 50 | 4,950 |
| Common stock issued in June, 2004 in exchange for services rendered at $0.08 per share | -- | -- | 1,760,000 | 1,760 | 129,600 |
| Common stock subscription received | -- | -- | -- | -- | -- |
| Common stock issued in July, 2004 in exchange for services rendered at $0.40 per share | -- | -- | 100,000 | 100 | 39,900 |
| Common stock issued in July, 2004 as payment of stock subscription | -- | -- | 100,000 | 100 | 9,900 |
| Common stock issued in July, 2004 in connection with conversion of preferred stock, Class A | -- | -- | 200,000 | 200 | 19,800 |
| Common stock issued in August, 2004 in connection with exercise of warrants at $0.25 per share | -- | -- | 701,000 | 701 | 174,549 |
| Common stock issued September, 2004 in | | | | | |