# EXHIBIT I



**FOR IMMEDIATE RELEASE**

## CYBERLUX REVENUE PROJECTIONS ON TRACK FOR 2007

**Research Triangle, NC- (August 21, 2007)** Cyberlux Corporation, (OTCBB-CYBL), a leading provider of LED lighting solutions, announced today that the Company has confirmed its previously stated revenue projection for the fiscal year ended 12/31/2007 is on track with expectations.  As announced in April, Cyberlux has since experienced demand within its military, retail and specialty lighting channels that will meet or exceed the projections previously stated.

"We are pleased to announce to our shareholders that our earlier projection is in line with our original expectation for 2007," said Mark Schmidt, President and COO of Cyberlux. "The realization of substantial increases in sales through our military, retail and commercial channels suggests the magnitude of the impact our innovative LED solutions will have on the marketplace going forward," added Schmidt.

Considering certain assumptions and factors discussed in the *Forward Looking Statements* section of this News Release, Cyberlux forecasts that total consolidated revenue for the fiscal year 2007 will be $3.7 million. The Company estimates that it will be cash flow positive when a $3.0 million dollar per year revenue run rate is achieved.

### About Cyberlux Corporation

Cyberlux Corporation (OTCBB:CYBL) has created breakthrough LED lighting technology that provides the most energy efficient and cost effective lighting solutions available today for consumer, commercial and military uses. The Military and Homeland Security products deliver unique, covert, and advanced visible lighting capability for threat detection, force and asset protection. Cyberlux uses solid-state semiconductors, trademarked as its diodal(tm) lighting elements, which consume 75% less energy than incandescent lighting elements and perform for over 20 years in contrast to 750 hours for conventional bulbs. For more information, please visit www.cyberlux.com.

**Investor Contact:**
Richard Brown, Cyberlux Corporation (617) 314-7379

**Forward Looking Statements**
*Factors that could impact these revenue estimates may include, but are not limited to, the Company's ability to further penetrate targeted markets, to remain relevant in the solid state lighting industry, to retain existing contracts and to secure satisfactory financing. Additionally, the Company does anticipate the sale of securities and/or debt service for the years ended December 31, 2007 and 2008 as part of its financing plan.  If unable to*