Thomas J. Fleming (TF 4423)
Jack M. Kint, Jr. (JK 7947)
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300
Attorneys for Defendants AJW Partners, LLC, AJW Offshore Ltd.,
AJW Qualified Partners, LLC, and New Millennium Capital Partners II, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYBERLUX CORPORATION,<br><br>         Plaintiff,<br><br>-against-<br><br>AJW PARTNERS, LLC, AJW OFFSHORE, LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,<br><br>         Defendants. | Case No. 07-CV-7808 (DAB)<br><br>ECF CASE<br><br><u>RULE 1.9 STATEMENT</u> |

   Pursuant to Rule 1.9 of the local Rules of the Untied States District Courts for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate the possible disqualification or recusal, the undersigned counsel for all defendants (private non-governmental parties) certify that the following are corporate parents, affiliates, and/or subsidiaries of said parties that are publicly held.

              NONE

553331-2

Dated: New York, New York
September 21, 2007

                                    OLSHAN GRUNDMAN FROME
                                    ROSENZWEIG & WOLOSKY LLP

By: /s/ Thomas J. Fleming
Thomas J. Fleming (TF-4423)
Jack M. Kint, Jr. (JK-7947)
*Attorneys for Defendants AJW Partners, LLC, AJW Offshore, Ltd, AJW Qualified Partners, LLC, and New Millennium Capital Partners II, LLC*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

2

553331-2