UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYBERLUX CORPORATION,

                            Plaintiff,

-against-

AJW PARTNERS, LLC, AJW OFFSHORE, LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,

                            Defendants.

Case No. 07 CV 7808 (DAB)

ECF CASE

NOTICE OF APPEARANCE

To the Clerk of This Court and All Parties of Record:

      PLEASE TAKE NOTICE that the undersigned counsel hereby appears in the within action for Defendants AJW Partners, LLC, AJW Offshore, Ltd., AJW Qualified Partners, LLC and New Millennium Capital Partners II, LLC.

      I certify that I am admitted to practice in this court.

                                      OLSHAN GRUNDMAN FROME
                                      ROSENZWEIG & WOLOSKY LLP

                                      By:_____/s/ Jack M. Kint. Jr._____
                                          Jack M. Kint, Jr. (JK7947)
                                          Attorneys for Plaintiffs
                                          Park Avenue Tower
                                          65 East 55th Street
                                          New York, New York 10022
                                          (212) 451-2300
                                          jkint@olshanlaw.com

554846-1