UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYBERLUX CORPORATION,<br><br>                     Plaintiff,<br>-against-<br><br>AJW PARTNERS, LLC, AJW OFFSHORE, LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,<br><br>                     Defendants. | Case No. 07 CV 7808 (DAB)<br><br>ECF CASE<br><br>CERTIFICATE OF SERVICE |

      I, JULIANNE M. FOLEY, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on October 10, 2007, I served a true copy of the **NOTICE OF APPEARANCE OF JACK M. KINT, JR.** upon

Ernest E. Badway, Esq.<br>
Saiber Schlesinger Satz & Goldstein, LLC<br>
44 Wall Street, 12th Floor<br>
New York, New York 10005

by depositing a true copy thereof, enclosed in postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the address designated above for said purpose.

                                                      */s/ Julianne M. Foley*
                                                      Julianne M. Foley

556491-1