UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYBERLUX CORPORATION,

                 Plaintiffs,

-against-

AJW PARTNERS, LLC, AJW OFFSHORE, LTD.,
AJW QUALIFIED PARTNERS, LLC and NEW
MILLENNIUM CAPITAL PARTNERS II, LLC,

                 Defendant.

07 Civ. 7808 (DAB)

**REPLY DECLARATION**

GARY POST declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I submit this declaration to supplement my earlier declaration.

2. I make my home at 325 Seminole Way, Zephyr Cove, Nevada 89448. I have annexed as Exhibit A a copy of my Nevada drivers license. I have no plans to move, relocate or change my home to another State.

Dated: November 2, 2007

_____
GARY POST

557742-1

Sent By: HP LaserJet 3100;    3104321658;    Oct-23-07  3:25PM;    Page 1/1



Exhibit A