UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYBERLUX CORPORATION,

                Plaintiff,

-against-

AJW PARTNERS, LLC, AJW OFFSHORE, LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,

                Defendants.

Case No. 07 CV 7808 (DAB)

ECF CASE

CERTIFICATE OF SERVICE

      I, JULIANNE M. FOLEY, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on November 5, 2007, I served a true copy of the **REPLY DECLARATION OF GARY POST and the REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT AND IN OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE** upon

Ernest E. Badway, Esq.
Saiber Schlesinger Satz & Goldstein, LLC
44 Wall Street, 12th Floor
New York, New York 10005
ccb@saiber.com

by electronic mail and by depositing a true copy thereof, enclosed in postpaid, properly addressed wrapper, in an official depository for overnight delivery under the exclusive care and custody of Federal Express within New York State at the address designated above for said purpose.

*/s/ Julianne M. Foley*
Julianne M. Foley

558250-1