William F. Maderer, Esq. (WM 9026)
**SAIBER SCHLESINGER SATZ
 & GOLDSTEIN, LLC**
44 Wall Street, 12th Floor
New York, New York 10005
(212) 461-2323

*Attorneys for Plaintiff Cyberlux Corporation
and Donald F. Evans*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYBERLUX CORPORATION | DOCKET NO.: 07-cv-7808 (DAB) |
| Plaintiff, | CIVIL ACTION |
| vs. | |
| AJW PARTNERS, LLC, AJW OFFSHORE, LTD., AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC, | SUBSTITUTION OF ATTORNEY |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned hereby consent to the substitution of Fox Rothschild, LLP as attorneys for the plaintiff Cyberlux Corporation and Donald F. Evans in the above entitled cause.

Superseding Attorneys:

FOX ROTHSCHILD, LLP

By: _____
    ERNEST E. BADWAY

Dated: December 18, 2007

Withdrawing attorneys:

SAIBER SCHLESINGER SATZ
& GOLDSTEIN, LLC

By: _____
    WILLIAM F. MADERER

Dated: December 17, 2007

{00508441.DOC}