UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYBERLUX CORPORATION,<br><br>                              Plaintiffs,<br><br>against-<br><br>AJW PARTNERS, LLC, AJW OFFSHORE, LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,<br><br>                              Defendant | Case No.  07 cv 7808 (DAB)<br>ECF CASE<br><br>CIVIL ACTION<br><br>**CERTIFICATE OF SERVICE** |

I, LAUREN J. TALAN, hereby certify that on this date I caused a true copy of the foregoing **SUBSTITUTION OF ATTORNEY**, upon

Thomas J. Fleming, Esq.
Olshan Grundman Frome Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022

by the Courts CM/ECF system.

_____
Lauren J. Talan

RL1 677782v1 12/20/07